UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENTRELL D. WELCH,

    Plaintiff

v.

DR. IHAN AZZAM, et al.,

    Defendants

Case No.: 3:22-cv-00565-MMD-CSD

**Order**

Re: ECF Nos. 6, 7

    Plaintiff, who is a prisoner in custody of the Nevada Department of Corrections, has filed a first amended civil rights complaint (FAC) pursuant to 42 U.S.C. § 1983. (ECF No. 5.)

    Chief District Judge Miranda Du has screened Plaintiff's complaint and allowed him to proceed with Eighth Amendment deliberate indifference to serious medical needs claims against Dr. Hanf based on allegations that Dr. Hanf failed to treat his H. Pylori bacterial infection, and against Nurses Stark and Ciciliano, Dr. Hicks and Correctional Officer Featherly based on allegations they delayed appointments with medical specialists regarding Plaintiff's medical conditions. Plaintiff was also allowed to proceed with a First Amendment retaliation claim against Stark and Featherly. (ECF No. 8.)

    Plaintiff has also filed a motions seeking injunctive relief. (ECF Nos. 3, 6, 7.)

    Within **14 days** of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motions for injunctive relief. If the Attorney General's Office is willing to enter a limited notice of appearance, then also within **14 days** of the date of this Order, the Attorney General's Office shall file a response to Plaintiff's motions for injunctive relief. The

Attorney General's Office shall file under seal any **relevant** medical records. Plaintiff may kite the warden's office to review any records filed under seal, and the Attorney General's Office shall ensure that Plaintiff is given a reasonable amount of time to review these records. Plaintiff will have **seven days** from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's FAC (ECF No. 5), a copy of the order screening the FAC (ECF No. 8), as well as a copy of Plaintiff's motions for injunctive relief (ECF Nos. 3, 6, 7) on the Nevada Attorney General's Office by adding the Nevada Attorney General's Office to the docket sheet. This will not constitute a general appearance.

Plaintiff is advised that there is still a stay entered in this case while the parties participate in the court's early mediation program. As such, Plaintiff shall not file any other documents with the court while the stay is in place except for his reply brief as directed in this Order.

**IT IS SO ORDERED**.

Dated: March 28, 2023

_____
Craig S. Denney
United States Magistrate Judge