UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                            Plaintiff,<br><br>v.<br><br>IHAN AZZAM, *et al.*,<br><br>                            Defendants. | Case No. 3:22-cv-00565-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

       The Office of the Attorney General did not accept service of process on behalf of Defendant Ted Hanf. (ECF No. 30.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 31.)

       The Clerk shall ISSUE a summons for **Ted Hanf** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 31.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 5), the screening order, (ECF No. 8), and this order to the U.S. Marshal for service on Defendant Ted Hanf. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

       Plaintiff is reminded that if the above-named Defendant is not served by August 23, 2023,[1] he may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

       **IT IS SO ORDERED.**

       DATED: June 9, 2023.

                                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the filing of the court's post-stay order (ECF No. 24.)