UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                    Plaintiff,<br><br>      v.<br><br>IHAN AZZAM, *et al.*,<br><br>                    Defendants. | 3:22-cv-00565-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 37 |

Before the court is Plaintiff's Motion to Voluntarily Withdraw Motion for Pre-Discovery for Full Medical File. (ECF No. 37.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Voluntarily Withdraw Motion for Pre-Discovery for Full Medical File (ECF No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Pre-Discovery for Full Medical File (ECF No. 27) is **DENIED** as moot.

DATED:  June 13, 2023.

_____

UNITED STATES MAGISTRATE JUDGE