# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                Plaintiff,<br><br>v.<br><br>IHAN AZZAM, *et al.*,<br><br>                Defendants. | 3:22-cv-00565-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 41 |

      Before the court is Plaintiff's Motion Regarding Incomplete Service for Defendant Ted Hanf. (ECF No. 41.)

      On June 8, 2023, Defendants filed a Notice of Acceptance of Service which stated that "the Office of the Attorney General does not accept service for Defendant Ted Hanf. The last known address of the Defendant, Ted Hanf, will be filed under seal; however, by way of full disclosure, the Office of the Attorney General notes that this address is not believed to be a good address as of May 23, 2023, and no updated address is available." (ECF No. 30 at 1.)

      On June 23, 2023, the U.S. Marshal Service returned the summons and USM-285 form on Defendant Ted Hanf as unexecuted with the notation "unable to locate." (ECF No. 40 at 2.)

      It has come to the court's attention that Defendant Ted Hanf is a named Defendant in a lawsuit (*Banasiak v. Cooke, et al.*, 3:22-cv-00527-MMD-CLB) for whom the Office of the Attorney General accepted service on July 5, 2023.

Based on the above, the Office of the Attorney General shall **within ten (10) days** from the date of this order advise if the Office can accept service for Defendant Ted Hanf.

**IT IS SO ORDERED.**

DATED: July 18, 2023.



UNITED STATES MAGISTRATE JUDGE