# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                    Plaintiff,<br><br>  v.<br><br>J. HICKS, *et al.*,<br><br>                    Defendants. | 3:22-cv-00565-CSD<br><br>**ORDER**<br><br>Re: ECF No. 60 |

Before the court is Plaintiff's Motion Regarding Service for Defendant J. Hicks. (ECF No. 60.)

On June 8, 2023, Defendants filed a Notice of Acceptance of Service which stated that the "Office of the Attorney General has been unable to identify J. Hicks and does not accept service on their behalf." (ECF No. 30 at 2.)

It has come to the court's attention that Defendant Jerome Hicks (sued as J. Hicks) is a named Defendant in a lawsuit (*Sanchez v. Rigney, et al.*, 3:22-cv-00259-MMD-CSD) for whom the Office of the Attorney General accepted service on December 2, 2022.

Based on the above, the Office of the Attorney General shall **within fourteen (14) days** from the date of this order advise if the Office can accept service for Defendant Jerome Hicks.

**IT IS SO ORDERED.**

DATED: January 16, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1