# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KENTRELL D. WELCH,

     Plaintiff

v.

DR. IHAN AZZAM, et al.,

     Defendants

Case No.: 3:22-cv-00565-CSD

**Order**

Re: ECF No. 67

On September 25, 2023, Defendants filed a motion for summary judgment based on their affirmative defense that Plaintiff failed to exhaust administrative remedies. (ECF No. 54.) Plaintiff filed a response to that motion. (ECF Nos. 56, 57.) Defendants filed a reply. (ECF No. 58.) Therefore, as of October 9, 2023, the motion was fully briefed. On February 16, 2024, four months after the motion was fully briefed, Plaintiff filed a supplement where he asserts that an additional grievance supports opposition to Defendants' motion. (ECF No. 67.) Defendants filed a response, arguing that the supplement should be stricken; that Plaintiff failed to file points and authorities; and the supplement is futile. (ECF No. 68.)

The Local Rules for the District of Nevada provide for the filing of a motion, a response, and reply. LR 7-2. Supplementation of a motion, response, or reply brief is prohibited without leave of court which makes a showing of good cause for filing the supplement. The rule specifically provides that the court may strike supplemental filings made without leave of court. LR 7-2(g).

Plaintiff did not seek leave of court in connection with the filing of his supplement. Therefore, the court will strike ECF No. 67 as improper under Local Rule 7-2(g).

## CONCLUSION

ECF No. 67 is hereby **STRICKEN** pursuant to Local Rule 7-2(g).

**IT IS SO ORDERED**.

Dated: April 19, 2024

_____
Craig S. Denney
United States Magistrate Judge