AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KENTRELL D. WELCH,

               Plaintiff,

v.

IHAN AZZAM, et al.,

               Defendants.

JUDGMENT

Case Number:   3:22-cv-00565-CSD

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed April 19, 2024 (ECF No. 78) Defendants' motion for summary judgment (ECF No. 54) is **GRANTED**.

     **IT IS FURTHER ORDERED** that judgment is hereby entered in Defendants' favor accordingly.

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk